1 DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
2 NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
3 JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
4 **AKERMAN LLP**
1635 Village Center Circle, Ste. 200
5 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
6 Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
7 Email: jamie.combs@akerman.com

*Attorneys for Defendants Bayview Loan Servicing, LLC, Sables, LLC, and The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-J2, Mortgage Pass-Through Certificates, Series 2005-J2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS TOBLER; CINDI F. TOBLER,<br><br>Plaintiffs,<br><br>v.<br><br>SABLES, LLC, a Nevada limited liability company; BAYVIEW LOAN SERVICING, LLC, a Florida limited liability company; THE BANK OF NEW YORK MELLON, a New York corporation; DOES I through X, inclusive; and ROE ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-2220-JCM-CWH<br><br>**STIPULATION AND ORDER REGARDING MOTION FOR TRO/PRELIMINARY INJUNCTION [ECF NO. 9, 10]** |

Defendants Bayview Loan Servicing, LLC (**Bayview**), The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-J2, Mortgage Pass-Through Certificates, Series 2005-J2 (**BoNYM**)[1], and Sables, LLC, and Plaintiffs Dennis and Cindi Tobler, stipulate that the motion for temporary

---
[1] Improperly named in the complaint only as The Bank of New York Mellon.

47350017;1

restraining order/preliminary injunction, ECF Nos. 9, 10, no longer needs to be heard on an emergency basis.

Bayview is continuing the foreclosure sale approximately 45 days.[2] Therefore, the parties agree that Plaintiff's motion for TRO/Preliminary Injunction can be briefed in the ordinary course pursuant to LR 7-2, to be heard before the continued foreclosure sale.

DATED this 21st day of December, 2018

| **AKERMAN LLP** | **HAROLD P. GEWERTER, ESQ. LTD.** |
|---|---|
| */s/ Jamie K. Combs* <br> DARREN BRENNER, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Defendants Bayview Loan Servicing, LLC, Sables, LLC, and The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-J2, Mortgage Pass-Trhough Certificates, Series 2005-J2* | */s/ D. Bryce Finley* <br> HAROLD P. GEWERTER, ESQ. <br> Nevada Bar No. 499 <br> D. BRYCE FINLEY, ESQ. <br> Nevada Bar No. 9310 <br> 1212 S. Casino Blvd. <br> Las Vegas, NV 89103 <br><br> *Attorneys for Dennis and Cindi Tobler* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: December 26, 2018

---

[2] Counsel for Bayview has not yet received the continued sale date, but estimates that it will be set near the beginning of February 2019.

2

47350017;1