UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS TOBLER, et al., | Case No. 2:18-CV-2220 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| SABLES, LLC, et al., | |
| Defendant(s). | |

Presently before the court is Philip J. Trenchak's motion to withdraw as counsel. (ECF No. 29). Trenchak avers that he was not retained to represent the plaintiffs, has not filed a single document, and has not made an appearance. (*Id.* at 3). Good cause appearing, Trenchak's motion to withdraw is granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Trenchak's motion to withdraw as counsel (ECF No. 29) be, and the same hereby is, GRANTED.

DATED September 25, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**